IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTONIO P. PERKINS                                                                                      PLAINTIFF

v.                                            Case No. 4:23-cv-04040

JOE SHORT, *et al*.                                                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that all Plaintiff's claims against Defendants Joe Short, Duncan Culpepper, Christie McQueen, Ben Hale, and Gail Wolfenbarger be dismissed, as all of these Defendants are immune from suit. Judge Bryant additionally recommends that all claims against Defendant Mallory Evans be dismissed for failure to state a claim. Lastly, Judge Bryant recommends that all claims against Defendants Gary Dorman and Justin Crain be dismissed for failure to state a claim, save for the one claim of unlawful arrest in violation of Plaintiff's due process rights which should remain for further litigation.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Plaintiff's claims against Defendants Joe Short, Duncan Culpepper, Christie McQueen, Ben Hale, and Gail Wolfenbarger are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Defendant Mallory Evans are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendants Gary Dorman and Justin Crain, except for the one claim of unlawful arrest, are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's unlawful arrest claim against Defendants Gary Dorman and Justin Crain shall be allowed to proceed.

**IT IS SO ORDERED**, this 17th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge